**[J-37-2022]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: NOMINATION PETITION OF NICHOLE MISSINO AS A REPUBLICAN CANDIDATE FOR REPRESENTATIVE IN THE GENERAL ASSEMBLY FOR THE 165TH PENNSYLVANIA HOUSE LEGISLATIVE DISTRICT THERESA FLANAGAN MURTAGH, | : : : : : : : | No. 55 MAP 2022<br><br>Appeal from the Order of the Commonwealth Court at No. 203 MD 2022 dated April 8, 2022. |
| Objector | : : : : : : : | SUBMITTED: April 14, 2022 |
| APPEAL OF: NICHOLE MISSINO | : | |

## ORDER

**PER CURIAM**                                                    **DECIDED: April 14, 2022**

**AND NOW**, this 14th day of April, 2022, the order of the Commonwealth Court granting the petition to set aside the nomination petition of Nichole Missino is **AFFIRMED**. The parties' Joint Application to Dispatch with Order of a Transcript is **GRANTED**.